**Exhibit A**
**Statement of Claim**
**Plaintiff Antonio Ricardo Vilarino**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Equivalent Hourly Rate Paid[1] | Minimum Wage Hourly Rate[12] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 7/21/25 - 12/14/25 | 19 | 89 | $ 902.77 | $ 10.14 | $ 13.52 | $ 20.28 | $ 5,715.58 | $ 6,293.56 | $ 12,009.14 |
| 7/21/25 - 12/14/25 | 2 | 53 | $ 947.43 | $ 17.88 | $ 13.52 | $ 26.82 | $ - | $ 232.44 | $ 232.44 |
| | | | | | | | $ 5,715.58 | $ 6,526.00 | $ 12,241.58 |

Total Unpaid Minimum Wages[1] = | $ 5,715.58 |
Total Unpaid Overtime Wages[1] = | $ 6,526.00 |
Total Liquidated Damages[1] = | $ 12,241.58 |
Total[1] = | $ 24,483.16 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.

[2] The Minimum Wage Hourly Rate is calculated using a weighted average, yielding a result mathematically identical to using the actual rate.